# United States District Court

### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. 4:10cr38 |
| | § | (Judge Schell) |
| SCOTT WAYNE MCCASLAND | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, and having received Defendant's waiver of right to object and waiver of right to be present and speak at sentencing, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court.  It is therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that Defendant's supervised release is hereby **REVOKED**.  It is further

**ORDERED** that Defendant is sentenced to a term of imprisonment  of eleven (11) months with no supervised release to follow.  It is also recommended that Defendant be housed in the Bureau of Prisons, Seagoville Unit.  The Court also recommends that Defendant receive a mental health examination.

**SIGNED this the 5th day of August, 2010.**

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE